**IN THE CIRCUIT COURT OF**

**FAIRFAX COUNTY, VIRGINIA**



CIVIL FILED
INTAKE
2022 SEP 13 PM 3: 43
CLERK, CIRCUIT COURT
FAIRFAX, VA

ELIZABETH KELLEY,

Plaintiff,

**2022012507**

vs.

Serve: WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 Fifth Street, N.W.
Washington, DC 20001

Defendant.

## COMPLAINT

### A. Jurisdiction and Venue

1. Plaintiff Elizabeth Kelley resides at 5904 Mount Eagle Drive, Apt. 405, in Alexandria, in
   Fairfax County, Virginia.

2. Defendant Washington Metropolitan Area Transit Authority ("WMATA") has its
   headquarters at 600 Fifth Street, N.W., in Washington, District of Columbia, 20001, but does
   business in Commonwealth of Virginia pursuant to Va. Code Section 8.01-328.1.

3. Venue applies in Fairfax County because Plaintiff Kelley resides in Fairfax County, and the
   incident described in this complaint happened at WMATA's Huntington Station in the
   County.

4. This matter was nonsuited in Fairfax County in *Kelley vs. WMATA*, cause number 2021:
   0001442 on March 15, 2022 and is hereby refiled pursuant to Code Section 8:01 Section 380.

1

## B. **Facts of the Complaint**

5. Plaintiff Elizabeth Kelley entered Defendant WMATA's Huntington Metro "Yellow Line"
   subway station located at 2501 Huntington Avenue in Alexandria in Fairfax County on the
   rainy winter morning of February 8, 2019, just after 9 AM.

6. Kelley was commuting to her job with the Federal Emergency Management Authority
   ("FEMA") in Washington DC that morning.

7. After a shuttle bus dropped Plaintiff off at the Huntington Station, Ms. Kelley had to make a
   long descent via escalator/stairs from the parking level to the main platform of the station.

8. WMATA had long been conducting construction and repairs for real estate development at
   the Huntington Metro Station for almost two decades prior to February 2019.

9. The Huntington WMATA Station was constructed in 1983, but in 2002, Defendant WMATA
   entered into a joint development agreement with Stout and Teague and Pulte Homes and
   Home Properties "to purchase and develop approximately 28.5 acres adjacent to the station
   (Exhibit 1, pp. 1-3).

10. WMATA's partnership with the private entities resulted in 2005 construction of 600
    residential units and 50 townhomes, 250K square feet of office and 225K square feet of retail
    at Huntington Station along with three parking garages with 3,600 spaces and the
    reconfiguration of Defendant's bus bays at the station (Exhibit 1).

11. Defendant WMATA's huge 2002-05 development noted above was memorialized in a
    subsequent September 2018, WMATA proposal (Exhibit 2, p. 122/284 "Huntington Station
    Metro Station Joint Development, September 13, 2018" hereinafter "Joint Development
    9/13/18").

12. On August 10, 2018, Defendant WMATA activated further construction at the Huntington station site by closing the south parking garage at Huntington Station indefinitely, "in preparation for demolition" (Exhibit 3, Advisory effective 8/10/18-9/30/18).

13. The bottom paragraph of Exhibit 3 noted WMATA is "currently developing concepts for reconfiguration of the Metro-owned properties at the south entrance that includes a rebuilt garage. Once these concepts are completed and approved, an implementation plan for rebuilding the garage will be finalized".

14. Defendant WMATA's Joint Development, 9/13/18, had noted of the south entrance where Plaintiff Kelley entered (near where the closed South Garage was located), "the area has long term potential for joint development and the south entrance, in particular, should be designed to improve the station entrance area as well as accommodate joint development in the future" (Exhibit 2, p. 121/284, third full paragraph).

15. On September 13, 2018, the Defendant's Finance and Capital Committee issued a "Huntington Metro Station Joint Development" proposal, which "provides the opportunity to increase transit ridership, improve pedestrian access to the station, and integrate Fairfax County's bus rapid transit terminus (Exhibit 2, "Joint Development 9/13/18", pp. 120-21).

16. Once a commuter like Plaintiff Kelley reached the station platform area after the long descent, she encountered a transitional paved area under a roof before entering the station through iron gates.

17. If the WMATA iron gates are open to commuters, the subway riders must walk through the opening near the ticket machines and kiosk to approach the ticket barriers to ride the subway.

18. WMATA Standard Operating Procedure ("S.O.P.") Section 19.3.7 states a site such as the Huntington Station Joint Development needed to have a "Site Specific Work Plan" to

3

"describe the construction and/or installation and associated schedule of work to be performed" at the site.

19. Even though construction on the Huntington South entrance had begun long before February 2, 2019, Defendant WMATA did not release the "Site Plan" for that area until June 20, 2019, several months after the events described, which indicated WMATA may have violated S.O.P. Section 19.3.7 by not having a "Site Specific Work Plan" in place prior to beginning the South Entrance construction (Exhibit 4 ).

20. On February 8, 2019, as Plaintiff Kelley descended toward the iron gates entrance, she saw only one third of the iron gate area was open for commuters to enter the station.

21. WMATA Standard Operating Procedure ("S.O.P.")Section 46.5.4.12 specified a course of conduct for station managers to inspect the station platform each hour, requiring them to "make a visual inspection of the mezzanine and platform area of the station, which includes walking the station platform from end gate to end gate".

22. Both S.O.P. Sections 19.3.7 and 46..5.4.13 specifically prescribed a course of conduct for Defendant WMATA employees to follow when "expanding pedestrian access" to the Huntington Station on February 8, 2019, and there may be additional WMATA statutes, regulations or policies which prescribed WMATA conduct to protect pedestrians, which Plaintiff will only learn about during discovery.

23. Rain had fallen steadily on February 8, 2019 with snow flurries, and the paved area between the escalator/stairs and the iron gates entrance had only natural light on that cloudy morning.

24. Kelley saw no Metro yellow warning signs or cones about a slick surface as she approached the station's iron gate after descending from the mezzanine above.

4

25. Huntington Station's surface tiles were slicker than normal not only because of the rain and snow flurries, but because many commuters' wet footwear made contact with the orange tiled terra cotta surface of the station.

26. Unlike other cities, Defendant WMATA does not place rubber mats on foul weather days to make the walk of commuters easier.

27. Several bulbs of the overhead station light bulbs were out of commission that week, and a station manager complying with Standard Operating Procedure Section 46.5.4.12 would have noticed the outages of the bulbs, and how dark it made the platform area for commuters entering the station through the iron gate.

28. Defendant WMATA stated in their Plea in Bar pleading about Plaintiff Kelley's fall that "overhead lighting on the Huntington state mezzanine level is programmed to turn off during the day, as part of WMATA's energy conservation plan".

29. As Plaintiff Kelley entered the station platform, she took two to three full strides in her flat shoes at a modest pace in the dimly lit station, then slipped and fell forward hard on her right forearm and elbow.

30. Commuter George Harris, a Pentagon employee at the Pentagon, who resides in Plaintiff's apartment complex, but who did not know Plaintiff Kelley before February 8, 2019, was following Plaintiff by about five feet, and saw Plaintiff fall hard past the iron gates.

31. Harris and another man wearing military fatigues then went up to assist Plaintiff Kelley as she lay stunned on the tiled floor.

32. Harris said Plaintiff Kelley was clearly in pain and in some shock, and the Metro station manager came from the kiosk to assist her to a chair, and Fairfax County Emergency Technicians soon arrived on the scene to treat Plaintiff.

33. The technicians took Ms. Kelley to Inova Mt. Vernon Hospital, where she was treated for a few hours and released with a fracture on her right arm's radial head bone and her arm was placed into a sling.

34. Ten days after the accident, because Plaintiff was in constant pain, and could not straighten out her right arm, her orthopedic surgeon ordered a CT scan of her right arm.

35. When Plaintiff received the CT scan, physicians found two additional fractures besides the radial head, a fracture of the capitellum and a fracture of the coronoid process.

36. In March 2019, Plaintiff Kelley began physical therapy, going twice a week for several weeks, and by May 13, 2019, she had not had a day without pain or discomfort to her right arm, and had to curtail severely her normal social and athletic activities, and missed some time from work due to the intense pain.

37. Plaintiff's physical therapist taught her several exercises to do at home, and Plaintiff faithfully performed these exercises for the next year and a half, to try to create some flexibility and strength in her right arm.

38. Plaintiff was not able to work at full capacity for the first six weeks after the accident, and took a lot of sick leave, and did telecommuting the first month.

39. She missed two vacations, a ski trip to New Hampshire and a trip to Florida, many social events, and could not engage in swimming and tennis as she normally does, for almost two years after the accident.

40. Ms. Kelley had to hire someone to clean her apartment in May 2019, and she had to attend several physical therapy sessions through the spring and summer of 2019.

41. Plaintiff took time off from the therapy sessions to take care of her mother visiting her in Virginia from New England, and in December 2019, could not come close to straightening her right arm, despite continuing the exercises recommended by her physical therapist.

42. During the Covid-19 virus scare during the winter, spring and summer of 2020, Plaintiff could not make an appointment with her orthopedist, and could not attend physical therapy sessions, but she continued the PT exercises.

43. Plaintiff still had severe enough pain in her right arm and elbow, that she received a cortisone injection in December 2020 from her orthopedist, who also had her undergo an MRI.

44. Plaintiff was not able to engage in her normal social activities from February 2019 through July 2019, and could not engage in her normal athletic activities from February 2019 until she received a cortisone shot in December 2020.

45. Plaintiff has sustained medical expenses, suffered pain for close to two full years, and has had to limit her social and athletic activities for a year and ten months since the February 8, 2019 accident at the Huntington WMATA station.

**COUNT ONE**

**NEGLIGENCE**

46. Plaintiff hereby incorporates the allegations in paragraphs 1-45 as if pleaded in their entirety.

47. Defendant WMATA, as a common carrier, had the duty to exercise the highest degree of practical care for the safety of passengers such as Elizabeth Kelley, who was attempting to ride the Metro Subway from the Huntington Station to her Washington DC job on February 8, 2019.

48. Defendant WMATA knew or should have known that because of the nature of the Huntington Avenue construction project it was conducting, that safety for "expanded pedestrian access" had to be an absolute priority for commuters such as Plaintiff Kelley.

49. Defendant WMATA's Huntington Station manager was required by Standard Operating Procedure Section 46.5.4.12 to ensure the safety of the station platform from the upper floor mezzanine to the station platform, by conducting hourly walks to determine safety problems for commuters using the station.

50. Defendant WMATA failed to comply with S.O.P. Section 19.3.7 by not having a "Site Specific Work Plan" in place prior to beginning the South Entrance construction to the Huntington station well before February 8, 2019.

51. Defendant WMATA breached its own rules by not instituting the "Site Specific Work Plan" for the south entrance of Huntington station's pedestrian access area until June 2018, four months after Plaintiff's accident (Exhibit 4).

52. By not prioritizing pedestrian safety over the construction projects, Defendant WMATA created a dangerous condition at the Huntington station for pedestrians such as Plaintiff who were approaching the station from the South Entrance on February 8, 2019.

53. Defendant WMATA also knew the poor lighting conditions at the Huntington Metro station, caused by defective light bulbs, and the construction which limited the amount of natural light entering the station, created an additional dangerous condition for Plaintiff Kelley on the morning of February 8, 2019.

54. Defendant WMATA carelessly, recklessly, and negligently failed to use ordinary care in warning Metro subway passengers ENTERING (emphasis added) the Huntington Station on

8

February 8, 2019 that the narrower entrance, the wet tiles and the poor lighting created a dangerous condition for passengers such as Plaintiff Elizabeth Kelley.

55. As a direct and proximate cause of the Defendant WMATA's negligent actions, in WMATA not exercising the highest degree of practical care for the safety of passengers such as the Plaintiff Elizabeth Kelley, including WMATA failing to follow ALL (emphasis added) its own prescribed safety rules, statutes and regulations, Plaintiff Kelley slipped, fell hard, and suffered serious bodily injuries on February 8, 2019 at the Huntington Metro Station, causing her to be taken to the Inova Mt. Vernon Hospital emergency room.

56. As a direct and proximate result of the negligence, recklessness, carelessness and lack of ordinary care by Defendant WMATA, Plaintiff Elizabeth Kelley was caused to suffer serious bodily injuries for which she continues to require medical attention; has suffered and will or may continue to suffer great pain of body and mind; has suffered disfigurement and scarring which is or may be permanent; has incurred hospital, doctors and related medical bills and expenses in an effort to be cured and healed, and will or may incur additional such expenses in the future; and she has been affected in her ability to perform her household duties and to engage in her normal activities and affairs.

**WHEREFORE,** Plaintiff Elizabeth Kelley hereby moves this Honorable Court for judgment against the Defendant WMATA in the amount of $90,000, her expended costs of court, and pre-judgment interest as allowed by statute.

**TRIAL BY JURY IS DEMANDED**

Elizabeth Kelley

9

By Counsel: _____ 9/13/22

Daniel M. Gray, Esquire
VA Bar Number 39942
Law Offices of Daniel M. Gray, LLC
7617 Virginia Avenue
Falls Church, VA 22043
(703) 204-0164
Fax (703) 204-1449
Danielmgray56@gmail.com

Case 1:23-cv-00058-TSE-LRV    Document 1-6    Filed 01/12/23    Page 11 of 27 PageID# 23

Skip to main content

### Washington Metropolitan Area Transit Authority

Metro
Home

# Huntington

In 2002, Stout & Teague (in partnership with Pulte Homes and Home Properties) entered into a joint development agreement with WMATA to purchase and develop approximately 28.5 acres adjacent to the Huntington Metro Station (Yellow Line), located at the intersection of Huntington Avenue and North Kings Highway, in Fairfax, Virginia.

In 2005, construction began on 600 residential units and 50 townhomes, 250,000 square feet of office and 225,000 square feet of retail. The project also includes 3 parking garages (with approximately 3,600 parking spaces), and the reconfiguration of Metro's bus bays.

## The Courts at Huntington Station

Address: 2701 Huntington Avenue, Alexandria, VA 22303

Website: http://www.udr.com/washington-dc-apartments/alexandria/the-courts-at-huntington-station/ (http://www.udr.com/washington-dc-apartments/alexandria/the-courts-at-huntington-station/)

EXHIBIT ONE

https://www.wmata.com/business/real-estate/Huntington-Real-Estate.cfm?alerts-widget-next-train-all=A06

9/12/22, 4:09 PM



Huntington | WMATA



## RELATED INFORMATION

Bus Stop Closure: Baltimore Ave at Campus Dr, Sept 14

(/service/status/details/baltimore-ave-campus-dr-closure.cfm)

Temporary Bus Stop Closure: Southern Ave SE at Park Southern Apartments, September 12, 2022

(/service/status/details/Temporary-Bus-Stop-Closure-Southern-Ave-SE-at-Park-Southern-Apartments.cfm)

Temporary Detour: Construction at Naylor Road Station, Sept 10

(/service/status/details/naylorrd-construction.cfm)



**Finance and Capital Committee**

**Information Item II-C**

**September 13, 2018**

# Huntington Metro Station Joint Development

Washington Metropolitan Area Transit Authority
# Board Action/Information Summary

◉ Action ○ Information

MEAD Number:
202012

Resolution:
◉ Yes ○ No

**TITLE:**

Huntington Metro Station Joint Development

**PRESENTATION SUMMARY:**

Staff is requesting authorization to issue a Joint Development Solicitation for Huntington Metro Station. Development on portions of the Metro station site provides the opportunity to increase transit ridership, improve pedestrian access to the station and integrate Fairfax County's bus rapid transit terminus.

**PURPOSE:**

Board authorization to issue a Joint Development Solicitation for Huntington Metro Station.

**DESCRIPTION:**

Staff is recommending issuing a Joint Development Solicitation for Huntington Metro Station. Given the tight physical conditions at the south entrance of the Huntington Metro Station, where the South Garage is located, staff recommends engaging a real estate developer to program, design and construct a replacement parking garage, if needed, as well as to plan and entitle Metro's property on the south and north sides of the Metro station. The area has long-term potential for joint development and the south entrance, in particular, should be designed to improve the station entrance area as well as accommodate joint development in the future.

Huntington Metro Station has three Park & Ride garages (the South Garage, Middle Garage, and North Garage), together which had an average utilization of 61% in fiscal year 2018. The physical condition of the 885-space South Garage has deteriorated significantly since its construction in 1983, and it is now structurally unsafe. As a result, the South Garage was closed in August 2018. How much replacement parking to build is unclear because of low parking utilization at the station, changing development patterns next to the station site and in the station's service area, and changing modes of access to the station. For example, the planned Richmond Highway (Route 1) Bus Rapid Transit (BRT) route from Huntington to Fort Belvoir would provide bus access from points south. As a result of the South Garage's closure, there is an opportunity to replan the Metro station area to include joint development, which staff recommends.

**Key Highlights:**

- Given the physical ground conditions and site complexities of the Huntington Metro Station site, staff recommends issuing a Joint Development Solicitation and engaging a real estate developer to: (a) program, design and construct Metro replacement parking, if any, for a fee, and (b) plan and entitle both the north and

south site of the Metro station through the Fairfax County Comprehensive Plan amendment process.

## Background and History:

Metro has long sought joint development at Huntington. One joint development was completed at Huntington Metro Station in 2005, which has delivered 600 residential units. As part of the county's approvals of that joint development, 250,000 square feet of office use was proffered, but the market on the south side of the station has not yet supported the construction of an office building. Considerable new development has been completed by private developers along Huntington Avenue, and there are a number of planned developments immediately surrounding the station, chief of which is the Huntington Club redevelopment on N. Kings Highway and along Huntington Ave.

In the meantime, the oldest parking garage at Huntington Metro Station (the South Garage), built in 1983, has significantly deteriorated and was closed in August 2018 due to unsafe conditions for parking customers. Given the complexities and physical ground conditions of the southern Metro station entrance area, Metro staff desires to engage a real estate developer to: (a) program, design and construct Metro replacement parking, if any, and (b) plan both the southern and northern parcels around the Metro station and entitle the joint development plan through the Fairfax County Comprehensive Plan amendment process.

Fairfax County's Comprehensive Plan amendment cycle begins in 2019, which would allow Metro's selected joint development partner to propose a site plan as part of the County's scheduled approval process.

## Discussion:

Joint development has many benefits to Metro, including increasing transit ridership from the tenants of the development, and improving the station area and access to the station for pedestrians, bicyclists, vehicles and other transit providers. In the case of Huntington, joint development provides an opportunity to redesign Metro's property along North Kings Highway (the south entrance to the station) and incorporate the Richmond Highway (Route 1) Bus Rapid Transit, which is planned to have its terminus at the Metro station.

In addition, Metro desires to have a development partner to determine how best to integrate the transit facilities with private development at Huntington, because there are many site conditions and development constraints that are complex on both the south and north parcels of the station. The site considerations include very steep grades from one end of the station along North Kings Highway to Huntington Ave., the tail tracks of the Metrorail line directly underneath the existing South Garage, and geotechnical conditions that must be studied before any construction could begin.

Fairfax County is also planning to initiate the South County Comprehensive Plan amendment process in 2019, because increased development in the area and traffic conditions require renewed study. To achieve additional development on the Huntington Metro Station site, a change is needed in the Fairfax County Comprehensive Plan because, with the exception of a small portion at the southern end, the Huntington

Metro station site is entitled for transportation use. Timing is such that Metro should select a developer to undertake the planning process and submit an application for consideration in the County's Comprehensive Amendment process.

Given the long-range nature of development at the Huntington Metro Station, staff proposes the following approach to this Joint Development Solicitation:

- The developer would work with Metro to determine the need for replacement parking of the South Garage, as well as to plan the north and south sites for joint development and station improvements.
- In conjunction with Fairfax County's Comprehensive Plan amendment cycle, anticipated to begin in late 2019, the developer would seek entitlements for their proposed site plan.
- Metro would hold a Compact public hearing on any changes to the Mass Transit Plan, if any, prior to redevelopment occurring.
- The developer would build the replacement transit facilities (for example: Metro parking, bus loop to include the BRT terminus, Kiss & Ride).
- The developer would develop the approved site plan, over time.

The south and north joint development parcels at Huntington should be offered at the same time as part of this joint development solicitation, so that the developer can work with both sites to deliver a mix of uses. Currently, only office uses are permitted on the south side of the station; Metro desires to have a mix of uses in its joint development projects to maximize transit ridership, which can best be accomplished if the selected joint developer can plan both development parcels.

**FUNDING IMPACT:**

| The issuance of a Joint Development Solicitation has no funding impact. | |
|---|---|
| Project Manager: | Rosalyn Doggett, Senior Real Estate Advisor |
| Project Department/Office: | CFO/LAND |

**TIMELINE:**

| **Previous Actions** | 2005 - Residential joint development completed<br>August 2018 - Closure of South Garage |
|---|---|
| **Anticipated actions after presentation** | Fall/Winter 2018 - Issuance of Joint Development Solicitation<br>Spring/Summer 2019 - Selection of Developer<br>Summer/Fall 2019 - Board approval of Joint Development Agreement execution<br>2019 - Fairfax County's Comprehensive Plan Amendment process begins |
| | |

## RECOMMENDATION:

Board authorization to issue a Joint Development Solicitation for Huntington Metro Station.

EXHIBIT 3

Skip to main content

## Washington Metropolitan Area Transit Authority

Metro
Home

# Metro to close south parking garage at Huntington Station

Advisory Effective: 8/10/18 - 9/30/18

Metro announced the south parking garage at the Huntington Station on the Yellow line will be closed indefinitely effective August 10, 2018, in preparation for demolition.

The south garage is the oldest of the station's three garages and has reached the end of its useful life. The facility is scheduled for demolition in the summer of 2019 to coincide with a platform rehabilitation project that will temporarily close the station next year.

While working on the garage to determine how best to proceed with demolition, engineers identified areas of concrete that under certain conditions could come loose. No structural concerns were found; however, in the interest of public safety Metro has decided to close the garage to parking. The south entrance and pedestrian walkway to the station will remain open.

Parking has been restricted to a portion of the garage since 2015, following structural inspections.

Additional parking is available for customers in the middle and north garages that can easily accommodate the approximately 300 spaces that will be affected. All cars currently parked in the south garage must be removed no later than 5 p.m. on Sunday, August 12, 2018.

Metro is currently developing concepts for reconfiguration of the Metro-owned properties at the south entrance that includes a rebuilt garage. Once those concepts are completed and approved, an implementation plan for rebuilding the garage will be finalized.

10/18/21, 5:43 PM

Case 1:23-cv-00058-TSE-LRV   Document 1-6   Filed 01/12/23   Page 20 of 27 PageID#
Huntington to reopen Monday, but work at station will continue
32

POLICE AND FIRE    BUSINESS AND DEVELOPMENT    TRANSPORTATION    SPORTS    POLITICS    QUIZZES

# COVERING THE CORRIDOR

Your independent source for news around the Richmond Highway corridor

## Huntington to reopen Monday, but work at station will continue



Search the site        Search

&#128100; Phil Creed   &#128197; September 8, 2019   &#128278; Transportation



The Huntington Metro station platform area, seen on Saturday.

For the first time since late May, commuters who use the Huntington Metro station and five other stations south of Reagan National Airport will be able to ride the train to work on Monday morning.

Metro made the official reopening announcement on Saturday, and said on Twitter on Sunday that a rush hour simulation had been successful. The project is not over at Huntington and some of the other stations, however, and users can expect to see plenty of work when they arrive on Monday.

But Metro did hit its deadline for the massive project, which saw the six stations south of Reagan National Airport close for more than three months to allow their platforms to be reconstructed and for other work to be done.

"We are incredibly thankful to our customers, residents and nearby businesses for their understanding this summer as we reconstructed six station platforms – at the same time – in the largest and most complex capital project since Metro's original construction," WMATA General Manager Paul J. Wiedefeld said in Saturday's press release.

At both Huntington and Franconia-Springfield, trains will be single-tracking for an undetermined amount of time. The tracks on one side of the platforms at those stations remain closed to allow for work on the platforms to be completed. WMATA said because the stations are each at the end of their lines, it does not expect the single-tracking to cause delays the way it would at other stations in the system.



One side of the platform will remain closed at Huntington. (WMATA image)

The new platforms will have slip-resistant tiles, as will the tiles throughout the rest of the
stations. The platforms will also have new stainless steel shelters complete with USB
chargers. There will also be an improved sound system, larger display screens and new LED
lighting throughout the stations.

However one of the most anticipated improvements at Huntington may the replacement of
the mezzanine-to-platform escalators on the south (North Kings Highway) side. The three
escalators — two single escalators and the one full-width escalator — all underwent a major
overhaul during the summer closure, according to Metro. These improvements follow an
overhaul of the two escalators running between the north entrance and platform that wrapped
up just before the station closed in May.

Case 1:23-cv-00058-TSE-LRV   Document 1-6   Filed 01/12/23   Page 23 of 27 PageID#
33

The new canopy on the south kiss-and-ride entrance is also close to completion. But the ongoing construction around the station will require some adjustments at Huntington that other stations will not have to deal with:

- Fare vending machines will not be available at the north entrance (Huntington Avenue) for approximately three weeks. WMATA says a mobile commuter store will be located in the mezzanine from 5:30 a.m.–12:30 p.m. on weekdays.
- The walkway between the Huntington North garage and the middle garage will remain closed.
- Preparation work for the new station entrance that will connect the middle garage to the platform also appears to be still in progress, although Metro did not indicate it will cause any disruptions. Some parking spaces in the middle garage were still blocked off for staging as of Saturday.

Additionally, the Huntington Avenue side kiss-and-ride lot will remain closed because it's being used a construction staging area. There was also a minor snafu with the work is the new sign pylons, which have the wrong fonts. That will be remedied by the contractor who made the mistake, the transit agency told Washingtonian magazine.

And just in case of some kind of disruption on Monday, WMATA said in the press release that shuttle buses will be on hand at the stations as a backup.

**Follow on social media**     **About This Site**

Covering The Corridor Copyright © 2021.

POLICE AND FIRE          BUSINESS AND DEVELOPMENT          TRANSPORTATION          SPORTS          POLITICS          QUIZZES

# COVERING THE CORRIDOR

Your independent source for news around the Richmond Highway corridor

## WMATA releases site plan for Huntington Metro's south entrance

👤 coveringthecorridor   📅 June 26, 2019   🏷 Business and Development, Transportation



**New Entrance – Site Plan**

WEST ENTRANCE PLAZA (FINAL LOCATION TBD)
• STATION PLATFORM BELOW
BRIDGE TO WEST ENTRANCE PLAZA
EXIST MEZZANINE BELOW PLATFORM
NEW MEZZANINE
EXIST MEZZANINE
SOUTH PARKING GARAGE
BRIDGE TO PARKING GARAGE
GARAGE ENTRANCE PLAZA
MIDDLE PARKING GARAGE
NORTH PARKING GARAGE

Click to enlarge (WMATA image)

Search the site          Search

## Categories

- Business and Development
- Community News
- Featured
- History
- Letters to the Editor
- Police and Fire
- Politics
- Quizzes
- Schools
- Sponsored Content
- Sports
- Transportation
- Uncategorized

## Covering the Corridor on Twitter

EXHIBIT FOUR

WMATA has released a site plan showing the locations of the new entrances planned for the south side of the Huntington Metro station.

The drawing, which is the first detailed look at what Metro has planned for the reconfiguration of the station, was included in a larger budget document published by WMATA. The image shows the locations of a new bridge from the middle parking garage to a new mezzanine in the station, as well as a new bridge from the plaza on the North Kings Highway side of the station.

Riders at Huntington who park in the middle garage have to enter the station after walking through the now-closed south garage. That garage is unsafe for cars to park in, and is slated to be torn down in 2021.



Configuration of current entrances on the south side. Click to enlarge. (WMATA image)

Bus commuters, pedestrians and kiss-and-ride users on the North Kings Highway side enter using an escalator and staircase next to the closed south garage. It's unclear from the drawing how that current entrance will figure into the new plans; a $2.5 million canopy for that entrance is currently under construction and nearing completion.

WMATA releases site plan for Huntington Metro's south entrance

WMATA also provided information on the sequence of events and timeline for building the new entrance:

Sequence:

- Build new station entrance from middle garage
- Open the new entrance
- Close the existing south entrance
- Demolish the south garage and entrance
- Rebuild south entrance, parking garage, bus loop

Timeline:

- New entrance at the middle garage opens in 2021
- Demolition of the south garage and south entrance, approximately 12 months (no specific date included)
- Rebuilt infrastructure (no specific date included)

Work on the new Huntington entrance has already begun, WMATA announced earlier this month. A June 13 update on the platform reconstruction project, which is expected to last until at least September 8, said workers have started removing parts of the platform edges in preparation for new foundations to be built.

The new Huntington entrance and cost increases on other projects caused Metro to exceed its capital budget, and the transit agency will be seeking approval for funding at a board hearing on Thursday. More details about the budget issues can read in this WTOP report.

## Station redevelopment

The new south entrances are being built ahead of a planned redevelopment of land on the north and south sides of the station. In May, WMATA issued a request for proposals (RFP) to developers, and the agency is now looking over the proposals, according to a timeline for the project.



Click to enlarge (WMATA image)

WMATA's RFP said that two or more mixed-use developments are envisioned for land on the north and south sides of the station, including where the closed south garage stands. A joint development agreement with the developer is expected to be signed in September. However no construction on the projects would happen until 2022 at the earliest, according to Metro's timeline.

In the meantime, the county would need to update its comprehensive plan for the site and hold public hearings on the plan. WMATA estimates that process wouldn't take place until early 2021.

**Follow on social media**          **About This Site**